# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 09-03025-01-CR-SW-RED |
| | ) |
| | ) |
| SHIRLEY ANN SCHEETS, | ) |
| | ) |
|     Defendant. | ) |

## MOTION FOR CONTINUANCE OF
## SENTENCING HEARING

The United States of America, by and through Beth Phillips, United States Attorney, and Robyn L. McKee, Assistant United States Attorney, both for the Western District of Missouri, hereby requests a continuance of the sentencing hearing in this case until June 29, 2010, based upon the following:

1. Sentencing is currently scheduled for June 1, 2010.

2. The undersigned Assistant United States Attorney has a conflict on June 1, 2010, and is scheduled to be out of the office on that date.

3. This case is sufficiently complicated that it would be unfeasible to ask another attorney to stand-in for Government counsel.

4. The victim in this case is elderly and is currently recuperating in an assisted care living facility from a fall he suffered recently. The victim is also hearing impaired, and will require the use of courtroom aids during both his testimony and preparation for his testimony in this case. Therefore, additional time is necessary to properly prepare the victim's testimony for hearing.

5. Counsel for the defendant has been consulted and he does not oppose this request. Both Government and defense counsel anticipate this hearing will last approximately 2-3 hours. Both Government counsel and counsel for the defendant are available on Tuesday, June 29, 2010, and respectfully request a setting on that date.

WHEREFORE, the United States respectfully requests a continuance of the sentencing hearing in this case until June 29, 2010.

Respectfully submitted,

BETH PHILLIPS
United States Attorney

By   */s/ Robyn L. McKee*

Robyn L. McKee, No. 42971
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511
417-831-4406

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 14, 2010, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Robyn L. McKee*
Robyn L. McKee
Assistant United States Attorney