IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-3025-01-CR-S-RED |
| ) | |
| SHIRLEY ANN SCHEETS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Pending before the Court is Plaintiff's Motion for Continuance of Sentencing Hearing (Doc. 30) in which Plaintiff requests a continuation of the sentencing date in the above captioned case. The motion advises that Plaintiff's counsel has a calendar conflict with the previously scheduled date for the sentencing hearing. The Defendant does not object to the request.

Accordingly, Plaintiff's Motion for Continuance of Sentencing Hearing (Doc. 30) is hereby **GRANTED.** ORDERED that the sentencing hearing scheduled for June 1, 2010, is hereby **rescheduled to Tuesday, June 29, 2010, at 2:00 p.m.** in District Courtroom #1, Third Floor, Springfield.

**IT IS SO ORDERED.**

DATE: May 19, 2010        /s/ Richard E. Dorr
                          RICHARD E. DORR, JUDGE
                          UNITED STATES DISTRICT COURT