IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**   Date: June 29, 2010

vs.   Case No. 09-3025-01-CR-S-RED

<u>**SHIRLEY ANN SCHEETS**</u>

Honorable Richard E. Dorr, presiding at Springfield, Missouri

Nature of Hearing: Sentencing

<u>Time Commenced: 1:55 P.M.   Time Terminated: 3:43 P.M.</u>
APPEARANCES

<u>Plaintiff's counsel: Robyn McKee, AUSA
Defendant's counsel: Scott McBride, RETAINED</u>

1:55 p.m.  Informal conference held with court, counsel and probation officer in conference room.
2:22 p.m.  Proceedings: Defendant present and represented by counsel as stated above. Dft's objections to the PSI Report are withdrawn. Dft's motion for variance: Govt's witnesses Dr. Glen Schuster (victim) addresses the Court. Govt's witness Victoria Franks addresses the Court. Dft's witnesses address the Court: Sheriff Carl Watson, Dr. Bernard Taylor, Bob Richards, Julius Fraley, Becky Bryan and Dr. Tom Dunn. Argument by counsel. Dft accorded allocution. SENTENCE: Dft committed to the custody of BOP for 18 MONTHS on Count 1 of the Indictment; followed by SUPERVISED RELEASE for 3 YEARS. FINE: waived; MPA: $100; REST.: $124,795.55. Stand Cond Super Rel; Spec. Cond Super Rel.: dft shall pay any restitution balance during the first 30 months of supervision; provide the Probation Office access to requested financial information; and not incur new credit charges or open additional lines of credit without approval. Dft shall self-surrender to the facility as designated on before 2:00 p.m. on 8/3/10. Govt's oral motion to dismiss Count 2 of the Indictment is granted. As to Count 1, the order of forfeiture entered on 3/2/10 is imposed. Dft advised of right to appeal.

COURT REPORTER: Jeannine Rankin
COURTROOM DEPUTY: Karen Siegert
LAW CLERK: Jennifer Greenband